**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| MALIBU MEDIA, LLC,      ) | |
|           ) | |
|      Plaintiff,      ) | Civil Action Case No. 4:17-cv-00480 |
|           ) | |
| v.      ) | |
|           ) | |
| SUBSCRIBER 90160,      ) | |
|           ) | |
|      Defendant.      ) | |
|           ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY**
**DISMISSAL WITH PREJUDICE OF SUBSCRIBER 90160**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Subscriber 90160 ("Defendant") through his counsel, Robert Cashman, Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Subscriber 90160 from this action with prejudice.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Subscriber 90160 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 26, 2017

Respectfully submitted,

**LOWENBERG LAW FIRM, PLLC**
By:    */s/ Michael J. Lowenberg*_____
**MICHAEL J. LOWENBERG**
Federal Bar No. 22584
Texas Bar No. 24001164
Email: Mike@thetexastriallawyers.com
**ANDREW D. KUMAR**
Federal Bar No. 1409965
Texas Bar No. 24075913
Email: Andrew@thetexastriallawyers.com
7941 Katy Freeway, Suite 306
Houston, Texas 77024
Telephone: (832) 241-6000

1

Telecopier: (832) 241-6001

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Michael J. Lowenberg*
MICHAEL J. LOWENBERG, ESQ.