| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
October 27, 2017
David J. Bradley, Clerk

Malibu Media, LLC, §
§
       Plaintiff, §
§
versus §    Civil Action H-17-480
§
Subscriber 90160, §
§
       Defendant. §

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice. (26)

2. By December 5, 2017, the parties may move for reinstatement.

3. The conference of November 6, 2017, is cancelled.

4. This court retains jurisdiction to enforce the settlement.

Signed on October 27, 2017, at Houston, Texas.

                                                        Lynn N. Hughes
                                         United States District Judge